# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JOSHUA RAMON GOMEZ-WILSON            Case No.: 1-12-04507-RNO
                                      Chapter 13

Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| **PART 1:** | **MORTGAGE INFORMATION** |
|---|---|
| Creditor Name: | COLONIAL SAVINGS |
| Court Claim Number: | 02 |
| Last Four of Loan Number: | 6747 |
| Property Address if applicable: | 362 W. MAIN STREET, DALLASTOWN, PA  17313 |

**PART 2:**                    **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $12166.44 |
| b. | Prepetition arrearages paid by the Trustee: | $12166.44 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $12,166.44 |

**PART 3:**                    **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**              **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: September 26, 2017                    Respectfully submitted,

<u>s/ Charles J. DeHart, III, Trustee</u>
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

JOSHUA RAMON GOMEZ-WILSON    Case No.: 1-12-04507-RNO
                              Chapter 13
Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Notice of Final Cure by First Class Mail, unless served electronically, at the below address on September 26, 2017.

JOSHUA RAMON GOMEZ-WILSON
362 W. MAIN ST.
DALLASTOWN, PA  17313


COLONIAL SAVINGS
2626 W. FREEWAY
PO BOX 2988
FORT WORTH, TX,  76113


DAWN M CUTAIA ESQUIRE
109 EAST MARKET STREET
APT #3R
YORK PA,  17401-


Date: September 26, 2017         s/   Donna Schott
                                 Charles J. DeHart, III, Trustee
                                 Standing Chapter 13 Trustee
                                 Suite A, 8125 Adams Drive
                                 Hummelstown, PA  17036
                                 Phone:  (717) 566-6097
                                 Fax:  (717) 566-8313
                                 eMail:  dehartstaff@pamd13trustee.com