In re:                                                           Case No. 12-04507-RNO
Joshua Ramon Gomez-Wilson                                        Chapter 13
        Debtor                     **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: MMchugh          Page 1 of 2          Date Rcvd: Nov 27, 2017
                           Form ID: fnldecnd       Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2017.
db              +Joshua Ramon Gomez-Wilson,    362 W Main St,    Dallastown, PA 17313-2014
4154588         +Commercial Acceptance Company,    PO Box 3268,    Shiremanstown, PA 17011-3268
4178486          FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
4154591         +John's Hopkins University Medical Center,    PO Box 64896,    Balitmore, MD 21264-4896
4154592         +Memorial Hospital,    325 South Belmont Street,    York, PA 17403-2609
4154593         +National Recovery Agen (Original Credito,    2491 Paxton St,    Harrisburg, PA 17111-1036
4154594         +Nationwide Credit Corporation,    PO Box 9156,    Alexandria, VA 22304-0156
4154595         +Patient First,    2960 East Market Street,    York, PA 17402-2414
4154599         +White Rose OB/GYN Associates,    1225 E. Market Street,    York, PA 17403-1250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4154586         +E-mail/Text: nailda@centralcreditaudit.com Nov 27 2017 18:52:03      Central Credit Audit, Inc.,
                  PO Box 735,    Sunbury, PA 17801-0735
4154587         +E-mail/Text: bankruptcydesk@colonialsavings.com Nov 27 2017 18:51:52
                  Colonial Savings & Loan,    2600 West Fwy,    Fort Worth, TX 76102-7109
4154589         +E-mail/Text: DMCCO.VBASPL@va.gov Nov 27 2017 18:52:00      Dept Of Veterans Affai,
                  Po Box 11930,    Saint Paul, MN 55111-0930
4154590         +E-mail/Text: bankruptcies@escallate.com Nov 27 2017 18:51:32
                  Escallate Llc (Original Creditor:Emp Of,    5200 Stoneham Rd,    North Canton, OH 44720-1584
4270385          E-mail/PDF: resurgentbknotifications@resurgent.com Nov 27 2017 18:59:05      LVNV Funding LLC,
                  c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4154596         +E-mail/Text: nod.referrals@fedphe.com Nov 27 2017 18:51:38      Phelan Hallinan & Schmieg, LLP,
                  1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
4154597         +E-mail/Text: colleen.atkinson@rmscollect.com Nov 27 2017 18:52:01      Receivable Management,
                  7206 Hull Street Rd Ste,    North Chesterfield, VA 23235-5826
4154598         +E-mail/Text: colleen.atkinson@rmscollect.com Nov 27 2017 18:52:01
                  Receivables Management Systems,    PO Box 8630,    Richmond, VA 23226-0630
                                                                              TOTAL: 8


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             LVNV Funding LLC,    c/o Resurgent Capital Services,    P.O. Box 10587,
                  Greenville, SC  29603-0587
4154585         ##+Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
                                                                        TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Dawn Marie Cutaia   on behalf of Debtor 1 Joshua Ramon Gomez-Wilson dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Joshua I Goldman   on behalf of Creditor   COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert M. Kline   on behalf of Creditor   Colonial Savings & Loan rkline@squirelaw.com,
               rmklinelaw@aol.com
              Sarah K. McCaffery   on behalf of Creditor   Colonial Savings & Loan smccaffery@squirelaw.com
              Thomas I Puleo   on behalf of Creditor   COLONIAL SAVINGS F.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Joshua Ramon Gomez–Wilson
362 W Main St
Dallastown, PA 17313

Chapter 13
Case No. 1:12–bk–04507–RNO

Last four digits of Social–Security, Individual Taxpayer–Identification, Employer Tax–Identification No(s)(if any):
xxx–xx–6677

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for Joshua Ramon Gomez–Wilson, Debtor in accordance with §1328 of the Bankruptcy Code.

Dated: November 27, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk